UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 20cr10285 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| ARIEL VELASQUEZ, | ) | Count One: Felon in Possession of |
| | ) | a Firearm and Ammunition |
| | ) | (18 U.S.C. § 922(g)(1)) |
| Defendant | ) | |
| | ) | Count Two: Possession of an |
| | ) | Unregistered Firearm |
| | ) | (26 U.S.C. § 5861(d)) |
| | ) | |
| | ) | Count Three: Engaging in the |
| | ) | Business of Dealing in Firearms |
| | ) | Without a License |
| | ) | (18 U.S.C. § 922(a)(1)(A)) |
| | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d)(1) & 28 |
| | ) | U.S.C. § 2461) |

INDICTMENT

## COUNT ONE
### Felon in Possession of Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about August 6, 2019, in Revere, in the District of Massachusetts, the defendant,

### ARIEL VELASQUEZ,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Smith & Wesson .40 caliber pistol, bearing serial number FZS4575 and 50 rounds of Remington .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

Case 1:20-cr-10285 Document 2 Filed 11/18/20 Page 2 of 6

COUNT TWO
Possession of an Unregistered Firearm
(26 U.S.C. § 5861(d))

The Grand Jury further charges:

On or about July 30, 2019, in Lynn, in the District of Massachusetts, the defendant,

ARIEL VELASQUEZ,

did knowingly possess a firearm, that is, a rifle having a barrel less than 16 inches, which had not been registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

All in violation of Title 26, United States Code, Section 5861(d).

Case 1:20-cr-10285 Document 52 Filed 11/18/20 Page 3 of 6

## COUNT THREE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury further charges:

From a date unknown to the Grand Jury, but no later than July 2019, and continuing up to on or about October 2019, in the District of Massachusetts, the defendant,

ARIEL VELASQUEZ,

not being a licensed importer, manufacturer or dealer under the provisions of Chapter 44 of Title 18, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922 and 924, set forth in Counts One and Three, the defendant,

### ARIEL VELASQUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

If any of the property described above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON


_____
MICHAEL CROWLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: NOVEMBER 11/18 , 2020

Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  11/18/20 @ 2:15pm
_____
DEPUTY CLERK