JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

**Place of Offense:**     Category No. __II__     Investigating Agency __ATF__

City: Revere, Lynn, Elsewhere

County: Suffolk, Essex, Elsewhere

**Related Case Information:**
- Superseding Ind./Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 19-mj-6527-MPK
- Search Warrant Case Number: 19-mj-6524, 6525, 6526-MPK
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Ariel Velasquez     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Revere, MA

Birth date (Yr only): 1993   SSN (last4#): 9968   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: J. Thomas Kerner    Address: 240 Commercial Street, Suite 5A, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Michael J. Crowley    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 10/30/2019

☑ Already in Federal Custody as of 10/30/2019 in Wyatt Detention Facility

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/18/2020     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ariel Velasquez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm | 2 |
| Set 3 | 18 U.S.C. § 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms without a License | 3 |
| Set 4 | 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) | Firearm Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____