UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-cr-10285-DPW |
| | ) | |
| ARIEL VELASQUEZ, | ) | |
|     Defendant. | ) | |

### DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING

Now comes Ariel Velasquez under 18 U.S.C. 3143(a)(1) and hereby moves that this Honorable Court release him pending his sentencing. The government does not object to the motion.

Mr. Velasquez is scheduled to change his plea on October 25, 2022.

### ARGUMENT

Pursuant to a plea agreement (Doc. No. 134), Mr. Velasquez will plead guilty to Count Three of the Indictment, Engaging in the Business of Dealing in Firearms Without a License under 18 U.S.C. 922(a)(1)(A). The other two counts will be dismissed following sentencing.

The maximum sentence possible under 18 U.S.C. 922 (a)(1)(A) is 60 months. Mr. Velasquez has been incarcerated since October 29, 2019, accruing 36 months of jail credit. Under the most severe sentencing scenario, where Mr. Velasquez is sentenced to 60 months in prison, and assuming that he earns "good time" under 18 U.S.C. 3624(b), he will serve 4 years, 3 months, and 3 days in the Bureau of Prisons (BOP).

During the months under which Mr. Velasquez was under surveillance, he was using large amounts of drugs, primarily crack-cocaine. Mr. Velasquez has maintained sobriety since his arrest.

Other information will likely show that Mr. Velasquez's participation in the gun sales was not as involved as originally believed.

## **CONCLUSION**

The defendant is not likely to flee, nor does he pose a danger to public safety. The material change in circumstances – Mr. Velasquez's sentencing exposure is diminished, he is sober, and his role in the gun sales is now understood to be less participatory – work in favor of releasing the defendant pending sentencing.

Respectfully submitted,
Ariel Velasquez,
By his stand-by attorney,

Date: October 21, 2022

*/s/ Henry Fasoldt*
Henry Fasoldt, BBO #667422
185 Devonshire Street
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office
617-784-3312 – cell

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 21, 2022.

/s/ *Henry Fasoldt*
Henry Fasoldt