UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 20cr10285-DPW |
| | ) | |
| ARIEL VELASQUEZ | ) | |

**SENTENCING MEMORANDUM**

Defendant Ariel Velasquez was involved in the trafficking of several firearms. Defendant was not the source of supply for the firearms. Rather, Defendant arranged the transactions and obtained the firearms from other sources, including David Echeverria and Collin Faller. Based on the government's ongoing investigation, Defendant arranged the firearms sales as a means of obtaining money to fuel his drug abuse problem. Given all the circumstances of the case, the Government recommends that Defendant be sentenced to a term of 60 months to be followed by 3 years of supervised release, no fine, and $100 special assessment.

As set forth in the PSR at ¶¶ 8-17, Defendant middled several illegal firearms deals. These deals involved a 9mm semi-automatic rifle (with a barrel less than 6 inches long) and six handguns, most of which were "ghost guns" – pistols which were manufactured by Defendant's co-conspirator Echeverria and which did not have serial numbers. These firearms transactions also involved the distribution of over 100 rounds of ammunition in various calibers.

As set forth in the PSR at ¶¶ 29-41, the applicable Sentencing Guidelines result in a Total Offense Level of 27. Defendant is a CHC V. *See* PSR at ¶¶ 44-51. Pursuant to the Sentencing Guidelines, Defendant has a range of 120-150 months' incarceration. *Id*. at ¶ 103. However, because Defendant pled guilty to only the single count of violating 18 U.S.C. §

1

922(a)(1)(A), the statutory maximum is 5 years, and the Guidelines' range is therefore set at 60 months.  *Id*.

Defendant's actions were clearly dangerous.  However, Defendant's actions appear to have been driven by his admitted, severe drug abuse problem.  As set forth in the PSR at ¶¶ 84-87, Defendant was abusing several drugs, particularly cocaine and cocaine base.  The firearms transactions arranged by Defendant appear to have been driven by Defendant's drug abuse and the need to make money to support that drug abuse.  In addition, Defendant was not the source of supply for the firearms but rather made money by arranging the firearms deals for individuals who had firearms for sale.  Balancing the highly dangerous nature of Defendant's firearms trafficking, Defendant's prior criminal history, and his addiction issues merits a sentence of 60 months' incarceration for Defendant.  A 60-month sentence also aligns with the factors set for in 18 U.S.C. § 3553(a).

                                      Respectfully submitted,

                                      RACHAEL S. ROLLINS
                                      United States Attorney

By:    */s/ Michael Crowley*
        MICHAEL CROWLEY
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Michael J. Crowley*
                                                    MICHAEL J. CROWLEY
                                                    Assistant U.S. Attorney