To the Court

My name is Marleny Aguilar.I am the mother of Ariel Velasquez

My son has lived in my house on and off for many years,

He is my only child.

I have seen a big change in him over the last almost 3 years.

I would say he has matured but it is more than that. Ariel has found his faith
He now has a strong belief in God; studies the Koran and practices his faith daily.

This change in him has been profound.
Religion is an important part of my life. I believe that he and I share this strong
Belief that overcomes obstacles.

I want to express to the Court how the change in him is not fleeting.
How the change in him wants me to have him back in my home.

I am asking the Court to allow my son to be released to my home.

I am not only a religious person but a law abiding person. I work hard.
I will not tolerate anything less from my son.

If the Court would release him to my home,I will monitor him and I will not abide any
Indiscretions. I will report anything that would violate his conditions of release.

I ask the Court to give Ariel the opportunity to stay home.He is loving and kind person.

Thank you

Marleny Aguilar                                    02/17/2023