UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.                                                          Case No. 1:20-cr-10285

ARIEL VELASQUEZ,

　　　　Defendant.

**DEFENDANT'S MOTION FOR MODIFICATION**
**OF HIS CONDITIONS OF RELEASE TO TEMPORARILY EXTEND HIS CURFEW**

Defendant Ariel Velasquez hereby moves this Court for an Order modifying his

conditions of release relative only to his evening curfew, which is currently 8:00 p.m.

Specifically, Mr. Velasquez requests that this Court approve an extension of his evening curfew

to 9:30 p.m. on Fridays during Ramadan to allow Mr. Velasquez to attend evening prayers and

services at his mosque.  In support of this Motion, Mr. Velasquez states as follows:

1.　　　Mr. Velasquez wishes to attend Friday evening prayers and services at the

Association of Islamic Charitable Purposes (the "AICP"), a mosque located at 41 Marble Street

in Revere, Massachusetts.

2.　　　The AICP is within walking distance from Mr. Velasquez's residence in Revere,

and he intends to travel by foot to and from the mosque.

3.　　　Mr. Velasquez seeks an extension of his evening curfew only as to Fridays

because the AICP hosts special gatherings on Fridays during Ramadan in further observance of

this religious tradition.

1

4.      This year, Ramadan ends on Tuesday, April 9, 2024.  Accordingly, the extension to Mr. Velasquez's evening curfew would be temporary and is intended only to allow Mr. Velasquez to engage in religious practices with his mosque community for the next few weeks.

5.      Mr. Velasquez's supervising Probation Officer is away on vacation through April 1, 2024.  Accordingly, undersigned counsel has not been able to confer with Mr. Velasquez's supervising Probation Officer regarding the request set forth in this Motion.

**WHEREFORE**, Mr. Velasquez respectfully requests that this Court grant this Motion and issue an Order authorizing a temporary extension of Mr. Velasquez's evening curfew to 9:30 p.m. on Fridays through April 9, 2024.

Respectfully submitted,

**ARIEL VELASQUEZ**
By his attorneys,

_____

Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Melanie Stallone (BBO #711658)
mstallone@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02110

Dated:  March 22, 2024

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that undersigned counsel has attempted to confer with the United States Probation Office regarding the request set forth in this Motion and has been unable to do so as of the date of this submission.

_____

Daniel J. Cloherty

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by email on March 22, 2024, to the following parties:

Michael Crowley
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Michael.Crowley2@usdoj.gov

Andrew McGrath
United States Probation Officer
United States Probation Office
1 Courthouse Way, Suite 1200
Boston, MA 02210
Andrew_McGrath@map.uscourts.gov

Daniel J. Cloherty