UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.  20cr10285 |
| ) | |
| ARIEL VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED TO MOTION TO CONTINUE REVOCATION HEARING**

The United States, with the assent of Defendant Ariel Velasquez, through his counsel, hereby moves that the Court continue the in-person supervised release revocation hearing presently set for May 7, 2024, to a later date convenient with the Court  The parties propose the week of June 10th, 2024.

In support of this motion, Defendant has pending state criminal charges that relate to the underlying revocation proceedings.  Given the ongoing criminal cases, which may impact the proceedings before this Court, the revocation proceeding should be continued to allow for a potential resolution of the underlying criminal cases, and a potential resolution of the revocation proceedings before this Court.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Date: May 6, 2024

By: */s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

|  |  |
|---|---|
| May 6, 2024 | /s/ *Michael J. Crowley* <br> Michael J. Crowley, AUSA |