Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Second Amended Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Ariel Velasquez | **Case Number:** 0101 1:20CR10285-DPW |
| **Name of Sentencing Judicial Officer:** | Honorable Douglas P. Woodlock, Senior U.S. District Judge |
| **Date of Original Sentence:** | 2/23/2023 |
| **Original Offense:** | Engaging in the Business of Dealing Firearms Without a License, in violation of 18 U.S.C. 922(a)(1)(A) |
| **Original Sentence:** | Time Served (1092 Days of custody) followed by 36 Months Supervised Release |
| **Type of Supervision:** Term of Supervised Release | **Date Supervision Commenced:** 2/27/2023 |
| **Asst. U.S. Attorney:** Michael J. Crowley | **Defense Attorney:** Daniel J. Cloherty |

### PETITIONING THE COURT

☒ To amend the petition
☐ To issue a summons

This Second Amended 12C Petition is being submitted to the Court to allege additional non-compliance that has occurred since the Amended 12C Petition was submitted to the Court on 01/16/24. Specifically, Violation III has been included to allege additional non-compliance. The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| I | Violation of Mandatory Condition #1 - You must not commit another federal, state or local crime. |

    A. On August 26, 2023, the defendant was arrested by the Boston Police Department (BPD) and charged with Aggravated Assault, stemming from an incident involving him and his girlfriend. He was subsequently released on bail with his next court appearance scheduled for November 15, 2023.

    Evidence in support of this violation includes BPD Incident Report #232068401.

    B. On January 13, 2024, the defendant was arrested by Everett Police Department and charged with Domestic Assault and Battery, stemming from an incident involving his pregnant girlfriend. The defendant remains in custody and is scheduled to be arraigned in Malden District Court on January 16, 2024.

Evidence in support of this violation includes EPD Case Report #897147.

II     <u>Violation of Special Condition # 3-</u> You are prohibited from drinking alcohol to the point of intoxication, as defined by Massachusetts State Law as a .10 blood alcohol level

On June 23, 2023, the defendant reported police contact, stating that he was at his girlfriend's residence consuming alcohol and they got into an argument after she found texts in his phone to other women. The defendant further reported that went to pack his belongings to leave and came back to her holding a knife. He tried to calm her down and recorded her behavior. She contacted police and reported he had a knife to her. The police responded, reviewed his videos and released him from the scene. During the call with his assigned probation officer at the time, the defendant stated that the relationship is causing too many problems and he plans on moving on from it. He was supported in that decision. He was further counseled on his condition not to consume alcohol to excess.

Evidence in support of this violation includes officer testimony.

A. On July 9, 2023, the defendant had law enforcement contact with the Saugus Police Department for another incident involving him and his girlfriend, however, no arrest was made and no charges were filed. Following the incident, the defendant was given an oral reprimand by his assigned probation officer and reminded that he is not to incur any new arrests or charges. He was further reminded that he is not to consume alcohol to the point of intoxication.

Evidence in support of this violation includes Saugus PD Incident Report # 23-133-AR.

III     <u>Violation of Bail Condition 7(l) -</u> The defendant must not use alcohol.

On September 6, 2024, this officer received a call from the defendant's mother noting that he was drunk the night prior. In speaking with the defendant, he admitted to drinking alcohol.

Evidence in support of this violation includes officer testimony and the defendant's own admission.

**U.S. Probation Officer Recommendation:**

    The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

| Reviewed and Approved by: | Respectfully submitted, |
|---|---|
| */s/ Christopher Foster* | */s/ Andrew McGrath* |
| Christopher Foster | Andrew McGrath |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
|  | Date: 09/25/2024 |

**THE COURT ORDERS**
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

    Honorable Douglas P. Woodlock,
    Senior U.S. District Judge

    Date

3