

# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Douglas P. Woodlock<br>Sr. U.S. District Judge |
| **From:** | Andrew McGrath<br>U.S. Probation Officer |
| **Re:** | Velasquez, Ariel<br>Docket #: 20-CR-10285<br>**Request to Withdraw Petition** |
| **Date:** | October 31, 2024 |

As Your Honor may recall, on February 23, 2023, Mr. Velasquez appeared for sentencing having previously pleaded guilty to one count of Engaging in the Business of Dealing Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A). He was sentenced to time served (1,092 days) followed by 36 months of supervised release. Mr. Velasquez commenced supervised release on February 23, 2023.

On September 25, 2024, this writer filed a Second Amended Petition and Affidavit for Warrant or Summons (referred to herein as the "12C"). Violation I alleges two criminal cases that involve the same alleged victim, who is also the mother of Mr. Velasquez's daughter. Violations II and III are related to alcohol consumption.

On August 26, 2023, Mr. Velasquez was arrested and charged with Domestic A&B in Boston Municipal Court (Docket No.:2301CR2703). On October 17, 2024, this case was dismissed for lack of prosecution.

On January 13, 2024, Mr. Velasquez was arrested and charged with A&B on Pregnant Victim and Domestic A&B out of Malden District Court (Docket No.:2450CR0136). On September 24, 2024, these charges were disposed by way of Nolle Prosequi.

As a result of his Initial Appearance before U.S. Magistrate Judge M. Page Kelley on January 18, 2024, Mr. Velasquez was released on all previously imposed conditions with the addition of a curfew, which is monitored by GPS. Mr. Velasquez was also ordered to have no contact with the alleged victim. Mr. Velasquez remains on curfew with monitoring and has encountered minimal issues since January 2024. Additionally, there have been no know violations of the no contact condition.

In response to the violations contained in the 12C, Mr. Velasquez has been engaged with mental health counseling since February 2024. Since March 2024, Mr. Velasquez has been employed full-time at AutoZone, where he has since been promoted to Store Manager and all his drug and alcohol tests have been negative. Additionally, Mr. Velasquez has verbally agreed to voluntarily amend his conditions to include a stay away order from the alleged victim's house. Probation anticipates filing the related 12B next week to formally make this request.

In consideration of all noted above, and in consultation with the Government, the Probation Office respectfully requests that the Court allow our Office to withdraw the Second Amended 12C Petition, which was filed on September 25, 2024, without prejudice. Additionally, Mr. Velasquez has verbally agreed to voluntarily amend his conditions to include a stay away order from the alleged victim's house. Probation anticipates filing the related 12B next week to make this request.

As always, if Your Honor has any questions, please feel free to contact me directly at 617-748-4406 or by email at andrew_mcgrath@map.uscourts.gov. If Your Honor concurs with this recommendation, please indicate by endorsing below.

Reviewed & Approved by:

*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

---

[ XX] I Concur, Allowing 9/25/24 Petition to be Withdrawn Without Prejudice
[    ] I Do Not Concur
[    ] Other_____

*/s/ Douglas P. Woodlock*
_____
The Honorable Douglas P. Woodlock,
Sr. U.S. District Judge

Date:___*October 31, 2024*___